692

No. 86. REGAL KNITWEAR CO. v. NATIONAL LABOR RELATIONS BOARD. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted limited to the sixth question presented by the petition for the writ. *Mr. John P. Chandler* for petitioner. *Solicitor General Fahy, Messrs. Alvin J. Rockwell, Millard Cass,* and *Miss Ruth Weyand* for respondent.

No. 93. CHOATE v. COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted limited to the second question presented by the petition for the writ. *Messrs. Charles I. Francis* and *James H. Yeatman* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch, Chester T. Lane,* and *Mrs. Maryhelen Wigle* for respondent.

No. 161. NATIONAL METROPOLITAN BANK v. UNITED STATES. October 9, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. George C. Gertman* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 180. GEORGIA HARDWOOD LUMBER CO. v. COMPANIA DE NAVEGACION TRANSMAR, S. A., OWNER OF S. S. KOTOR. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted limited